Nicholas Moser, appellee, v. Mary Moser et al., on appeal of Charles Reinhardt and Elizabeth Reinhardt, appellants.    Gen. No. 31,300.

Bill for accounting, receiver and injunction.    Decree for complainant.    Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed May 2, 1927.

G. A. Buresh and Marx Loehwing, for appellants.    Edward H. Morris and James B. Cashin, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Charlotte A. Nichols, appellee, v. Your Cab Company, appellant. Gen. No. 31,292.

Action for personal injuries from taxicab.    Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. Williams, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed May 2, 1927.

John A. Bloomingston, for appellant.    Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Stewart E. Seaman, appellant, v. East St. Louis Cotton Oil Company, appellee.    Gen. No. 31,330.

Action to recover extra bonus for services.    Judgment for defendant.    Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed. Opinion filed May 2, 1927.    Rehearing denied May 16, 1926.

Thomas E. Rooney and Ferdinand Goss, for appellant.    Charles J. Faulkner, Jr., F. R. Baird and A. F. Reichmann, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

T. B. Crawford Millinery Company, appellee, v. S. J. Brash, trading as Brash Trimmed Hat Company, appellant.    Gen. No. 31,392.

Action for goods sold and delivered.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed May 2, 1927.

Charles S. Knudson, for appellant.    Albert M. Blum and John S. O'Donnell, for appellee.

Mr. Justice Johnston delivered the opinion of the court.